UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTONIO WHITE,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES LLC, ET, Al.,<br><br>Defendants. | No.  2:20-cv-00453-JAM-KJN-PS<br><br>ORDER GRANTING 90 DAY EXTENSION<br><br>(ECF No. 4.) |

Plaintiff, who is a prisoner proceeding without counsel in this action, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  On March 31, 2020, the court screened plaintiff's complaint, found it deficient, and granted him leave to amend.  (ECF No. 5.)  Two weeks later, plaintiff filed a request for extension of time to amend.  (ECF No. 4.)  He states that access to the prison library is nearly impossible due to the current health crisis, and requests a two-year extension to amend (which corresponds with his release date).

The court understands plaintiff's difficulty in accessing the library, and so grants an extension of time to amend.  However, a two-year extension is not feasible.  Instead, plaintiff is granted an additional 90 days to amend.  Should the health crisis persist, plaintiff may request

////

////

////

1

another extension near the end of the 90 days—updating the court on his ability (or inability) to access the library during this time.

Dated:  April 20, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE